*In re* **ROTHMAN**, Richard R. (MR 20128)
Chicago, IL

Order of the Court:

The petition by the Administrator of the Attorney Registration and Disciplinary Commission for leave to file exceptions to the report and recommendation of the Review Board is allowed. Respondent Richard R. Rothman is disbarred.

Freeman, J., took no part.